BRIDGET J. FLEMING, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Fleming* v. *City of New York*, 150 App. Div. 929, affirmed.
(Submitted January 30, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant in failing to keep a sidewalk in repair.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *William E. C. Mayer* of counsel), for appellant.

*Joseph E. Cavanaugh* and *William E. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.